

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Nevada Bar No. 12940
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
christopher.burton4@usdoj.gov
elham.roohani@usdoj.gov



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-mj-786-GWF |
|---|---|
| PLAINTIFF, | MOTION TO SEAL |
| VS. | |
| DUSTIN RANDALL, | |
| DEFENDANT. | |

COMES NOW the United States of America, by and through DAYLE ELIESON, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

According to Title 18, United States Code, Section 3103a(b)(1) the court may delay any notice required, or that may be required, if there is reasonable cause to believe that providing immediate notification of the execution of the warrant may have an adverse

1

result. In this case, such an order would be appropriate because the attached Complaint relates to an ongoing criminal investigation into violations of Title 18, United States Code, Sections 2252A(a)(2), 2252A(a)(5)(b) and 2252A(b); that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that disclosure of the information will jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

The Government further submits that it is necessary for the Affidavit to be sealed in light of the fact that the ongoing investigation involves the exploitation of minors.

DATED: September 10, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

2018 SEP 10 PM 1:41

U.S. MAGISTRATE JUDGE

BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-786-GWF |
| PLAINTIFF, | ORDER TO SEAL |
| VS. | |
| DUSTIN RANDALL, | |
| DEFENDANT. | |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this __10th__ day of September, 2018.

_____
United States Magistrate Judge