Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Dustin Randall,<br><br>    Defendant. | Case No. 2:18-cr-00303-JCM-PAL<br><br>**Stipulation to Modify Conditions of Pretrial Release** |

Dustin Randall is on pretrial release pending the resolution of this case. One of the conditions of Randall's release is home detention.[1] Section 3142(c)(3) of Title 18 of the United States Code gives courts the authority to amend or impose additional or different conditions of release at any time after consideration of the release factors under 18 U.S.C. § 3142(g). The parties jointly request that the Court modify Randall's bond to permit him to: (1) use the UNLV library between work shifts and university classes and when necessary to complete group projects (2) use the UNLV fitness facility as preapproved by Pretrial Services Monday through Thursday.

The proposed modifications are the least restrictive conditions that will reasonably assure Randall's appearance at trial and the safety of the community. Both of the modifications

---

[1] ECF No. 12 at 5.

restrict Randall's movement to the UNLV campus, where he is a student and employed in the parking office.

DATED: March 4, 2019

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Erin Gettel*<br>ERIN GETTEL<br>Assistant Federal Public Defender | By */s/ Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-00303-JCM-PAL |
|---|---|
| Plaintiff, | **Stipulation to Modify Conditions of Pretrial Release** |
| v. | |
| Dustin Randall, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Randall's bond is modified as follows:

Randall is permitted to (1) use the UNLV library between work shifts and university classes and when necessary to complete group projects and (2) use the UNLV fitness facility as preapproved by Pretrial Services Monday through Thursday.

Dated March 11, 2019

_____
Peggy A. Leen
United States Magistrate Judge

3