Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Dustin Randall,<br><br>        Defendant. | Case No. 2:18-cr-00303-JCM-EJY<br><br>**First Stipulation to Continue Briefing Deadline [ECF No. 68]** |

The parties stipulate that Randall's reply to the government's response [ECF No. 68] to the motion to resolve discovery dispute [ECF No. 67] be continued for one week, to April 9, 2020. The parties enter this stipulation because defense counsel is currently working from home due to the COVID-19 pandemic and is currently without internet service. The additional time will allow defense counsel time to complete the reply brief once service is restored.

DATED: March 31, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br>  */s/ Erin Gettel*<br>By_____<br><br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br>  */s/ Bianca Pucci*<br>By_____<br><br>Bianca Pucci<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Dustin Randall,

    Defendant.

Case No. 2:18-cr-00303-JCM-EJY

**Order Granting First Stipulation to Continue Briefing Deadline**

Based on the stipulation of counsel, the Court finds that good cause exists to continue Randall's reply deadline.

IT IS THEREFORE ORDERED that Randall's reply to the government's response [ECF No. 68] to the motion to resolve discovery dispute [ECF No. 67] is continued to April 9, 2020.

DATED: March 31, 2020.

_____
Elayna J. Youchah
United States Magistrate Judge