Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Dustin Randall,<br><br>            Defendant. | Case No. 2:18-cr-00303-JCM-EJY<br><br>**First Stipulation to Continue Sentencing Hearing** |

The parties jointly request that this Court vacate the June 16, 2020, sentencing hearing and continue it for at least 60 days because:

1. The parties need additional time to prepare for sentencing and to determine if an agreement can be reached regarding restitution.
2. Mr. Randall is not in custody and agrees to the continuance.
3. The time requested is excludable under any right Randall may have to a speedy sentencing in this matter under Federal Rule of Criminal Procedure 32(b)(1).

DATED: May 15, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| By */s/ Erin Gettel*<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>Bianca R. Pucci<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Dustin Randall,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00303-JCM-EJY<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing for at least 60 days and that this continuance is excludable under any right Mr. Randall may have to a speedy sentencing in this matter under Federal Rule of Criminal Procedure 32(b)(1).  IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for June 16, 2020, at 10:00 a.m. is vacated and continued to  August 18, 2020  at 10:00 a.m.

　　　DATED: May 18, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2