# EXHIBIT 1



## Extraction Report
Cellebrite UFED Reports

## Participants

Fun Time  funnseeker24
Dustin Rogers  dustinwr31

## Conversation - Instant Messages (29)

☆                                           6/10/2017 6:08:35 PM(UTC+0)  

   You started chatting with Dustin
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xED83C (Table: ZKIKMESSAGE, Size: 1449984 bytes)

☆     funnseeker24 Fun Time                     6/10/2017 6:08:41 PM(UTC+0)

   Can I join group?  How young
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xED7CD (Table: ZKIKMESSAGE, Size: 1449984 bytes)
   iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

☆     dustinwr31 Dustin Rogers                  6/10/2017 6:58:20 PM(UTC+0)

   Young and send to join
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8A8B (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

    funnseeker24 Fun Time                        6/10/2017 7:00:28 PM(UTC+0)

   https://mega.nz/
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8A04 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
   iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

☆     funnseeker24 Fun Time                     6/10/2017 7:00:52 PM(UTC+0)

   https://www.dropbox.com
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF890C (Table: ZKIKMESSAGE, Size: 1449984 bytes)
   iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

☆     funnseeker24 Fun Time                     6/10/2017 7:04:50 PM(UTC+0)

   Can I get one or join group
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF876F (Table: ZKIKMESSAGE, Size: 1449984 bytes)
   iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

☆     funnseeker24 Fun Time                     6/10/2017 7:19:07 PM(UTC+0)

   ?
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF85FB (Table: ZKIKMESSAGE, Size: 1449984 bytes)
   iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

☆     funnseeker24 Fun Time                    6/10/2017 7:23:00 PM(UTC+0)

   Do you trade back
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8594 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
   iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

   dustinwr31 Dustin Rogers                             6/10/2017 7:30:13 PM(UTC+0)

   I trade back and yeah the group is dead now it was going last night
   **Source file:** iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF84FB (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

https://www.dropbox.com/
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF83A2 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 7:45:43 PM(UTC+0)

Do you have babies
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8339 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 7:45:47 PM(UTC+0)

Or mega link
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF82D8 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 7:46:15 PM(UTC+0)

Have more. I sent two
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF820D (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 7:46:24 PM(UTC+0)

Can you send from group
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF819C (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 7:46:42 PM(UTC+0)

https://www.dropbox.com/

https://www.dropbox.com

https://www.dropbox.com/
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCED7 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 7:52:15 PM(UTC+0)

Have any more or younger
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCE67 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ dustinwa31 Dustin Rogers                                                       6/10/2017 7:57:05 PM(UTC+0)

https://mega.nz
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCD89 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 8:00:12 PM(UTC+0)

That's same mega file I sent you
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCD13 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ funnseeker24 Fun Time                                                          6/10/2017 8:00:31 PM(UTC+0)

Have something I didn't send you or another mega link
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCC89 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

⭐ dustinwa31 Dustin Rogers                                                       6/10/2017 8:01:47 PM(UTC+0)

Oh shit my bad
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCC24 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

Can you send more or different

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCBB1 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

funnseeker24 Fun Time                                                      6/10/2017 8:13:55 PM(UTC+0)

CAn you send more

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCB4B (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

funnseeker24 Fun Time                                                      6/10/2017 8:19:33 PM(UTC+0)

?

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCAF4 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

funnseeker24 Fun Time                                                      6/10/2017 8:29:28 PM(UTC+0)

Send more

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC983 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

dustinvr31 Dustin Rogers                                                   6/10/2017 8:38:31 PM(UTC+0)

I don't trade with impatient mother fuckers

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC902 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

funnseeker24 Fun Time                                                      6/10/2017 8:40:37 PM(UTC+0)

Sorry I'll wait

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC89E (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

funnseeker24 Fun Time                                                      6/10/2017 9:03:47 PM(UTC+0)

Send when you can no rush

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC350 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

funnseeker24 Fun Time                                                      6/11/2017 2:50:24 AM(UTC+0)

I have baby to trade

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0x119F4B (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

dustinvr31 Dustin Rogers                                                   6/12/2017 6:10:31 PM(UTC+0)

https://www.dropbox.com/

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0x11A48C (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)