# EXHIBIT 2

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
PAGE 1

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

**SPECIFIC CRIME:**   **Possession Child Pornography**

**DATE OCCURRED:**                                       **TIME OCCURRED:**

**LOCATION OF OCCURRENCE:**
         **CITY OF LAS VEGAS**        **CLARK COUNTY**

**NAME OF PERSON GIVING STATEMENT:**   **Randall, Dustin**

| | | |
|---|---|---|
| **DOB:** | **SOCIAL SECURITY #:** | |
| **RACE:** | **SEX:** | |
| **HEIGHT:** | **WEIGHT:** | |
| **HAIR:** | **EYES:** | |
| **WORK SCHEDULE:** | **DAYS OFF:** | |
| **HOME ADDRESS:** Enchanted Cove Ct., Las Vegas, NV 89139 | **PHONE 1:** | |
| **WORK ADDRESS:** | **PHONE 2:** | |

The following is the transcription of a tape-recorded interview conducted by DETECTIVE S. Miller, P# 6507, LVMPD HOMICIDE AND SEX CRIMES BUREAU on December 28, 2017 at 1130 hours. Also present is Detective J. Darr, P# 3741.

Q:    Operator, this is Detective Miller, P Number 6507. Also present is Detective Darr, P Number—

Q2:   3741

Q:    We're here, um, under Event Number 171028-1093. Today's date is 12/28/17. Time is 1130 hours. We're gonna be at the address of        Enchanted Cove Court, and that's gonna be, uh, Las Vegas, Nevada, 89119. And we're here speaking with Dustin Randall, and that's Robert-Adam-Nora-David-Adam-Lincoln-Lincoln, date of birth of        Social of        Is that info correct, Dustin?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 2

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:   Yes.

Q:   Yes? Okay. And, uh, he's got an address of ▮▮▮ Enchanted Cove Court, Las Vegas, Nevada, 89119—or 89139, I should say. And what's your phone number?

A:   My cell number?

Q:   Yeah.

A:   702-665-▮▮▮

Q:   Okay. Uh, part of the process—I'm gonna explain why we're here. We are serving a search warrant, but before I can tell you what it's about and what we're doing, I have to read you your rights and make sure you understand your rights, okay?

A:   Okay.

Q:   You have the right to remain silent. Anything you say can be used against you in a court of law. You have the right to consult with an attorney before questioning. You have the right to the presence of an attorney during questioning. If you cannot afford an attorney, one will be appointed before questioning. Do you understand these rights?

A:   Yes.

Q:   Okay. Are you good to talk with us?

A:   Yeah.

Q:   Huh? Okay. Um, we're serving a search warrant on the house because we got a report, um, that, you know, there may be some things in the house, some things that someone in the house, uh, may have, have been doing, and it may have been

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 3

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

misconstrued, okay? There could be some things that did happen, didn't happen—

that's what we're here to try to figure out, okay? Um—

A:    What kinds of things?

Q:    Well, that's, that's what we're gonna talk about.

A:    Okay.

Q:    Is what the things are, okay? Um, let me ask you this: how long have you lived at

home, so far, your whole life?

A:    Yeah.

Q:    Okay. Um, and in your bedroom, does, does anyone have free access, or is it just

all yours, or do you share a room with someone else or anything like that?

A:    Just my room.

Q:    Okay. Um, what about, uh, your phone, what kind of phone do you have?

A:    iPhone 7 Plus.

Q:    iPhone 7? Okay. Do you have a cover on it or anything?

A:    No.

Q:    Is it black?

A:    Yes.

Q:    All right, where is it at?

A:    It's upstairs.

Q:    In your room or somewhere different?

A:    In my room.

00181

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 4

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:   Okay. Is it, like, on a dresser, on your bed?

A:   It's, I think it's on the dresser.

Q:   Okay. Um, who's your service through?

A:   Sprint.

Q:   Sprint? How long have you been with them?

A:   A long time.

Q:   Long time? Okay. Um, what's your password on your phone? Is it a number password or a finger swipe, or?

A:   It's a number.

Q:   What's that?

A:

Q:   Um, what about, do you have any laptops, iPads, notebooks?

A:   I have a MacBook.

Q:   Just a Mac? Okay, where's that at?

A:   I think it's at my, it might be at my girlfriend's house, but it—if it's upstairs, it's in my backpack.

Q:   And is your backpack in your room?

A:   Yeah.

Q:   Where's the backpack, where would that be?

A:   On my floor somewhere.

Q:   Okay. What color is the backpack?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 5

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:    Black.

Q:    Black? Is it a silver Mac?

A:    Yes.

Q:    Uh, do you have a password on that?

A:    Yeah.

Q:    What's the password?

A:    Uh,

Q:

A:

Q:    Oh,

A:    Yes.

Q:    I'm sorry, apologize.

A:    That's what I'm studying (unintelligible)—

Q:    Oh, you are?

A:    Yeah.

Q:    Okay. Is that, uh, at, uh—

A:    UNLV.

Q:    UNLV, cool. How much longer you got?

A:    Long time.

Q:    Oh, you do?

A:    Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 6

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay. Was—is that, like, regular doctor stuff, like eight years and all that?

A:    Mm-hmm.

Q:    Is it? Woo, good luck on that.

A:    Thanks.

Q:    Good for you, though.

A:    Yeah.

Q:    Okay. Is that a capital    or anything, or just

A:    Just

Q:    What's the, do you have a username set up on that?

A:    Yeah, it's just, it's just my username, pretty sure.

Q:    What's that? Is that what it's called, or?

A:    Uh, yeah—

Q:    What's your user?

A:    Dustin Randall, I think.

Q:    Dustin Randall? Okay. Just when you log on, it opens up like that? Okay. Do you have any other, uh, devices, gaming devices?

A:    An X-Box.

Q:    Okay. Is that in your room, too?

A:    It's downstairs.

Q:    By the TV in the living room?

A:    Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 7

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay. Anything else?

A:    Uh, PlayStation 3.

Q:    PS3? Okay.

A:    And then all the—

Q:    Yeah, what's, um, is your X-Box, do you have passwords or anything associated
with it, or do you just log on?

A:    No.

Q:    Okay. How about your PS3?

A:    No.

Q:    No? Where's that at?

A:    The PS3 is upstairs in the game room.

Q:    Okay. What about any iPads, notebooks, desktop computers, anything like that?
Okay.

A:    Um, not that are mine, but my family has a lot.

Q:    They have a lot? Okay.

A:    Yeah.

Q:    But this, your Mac is just for you? No one else uses this, just yours?

A:    Just mine.

Q:    Okay. Um, X-Box, PlayStation, is that just you, or does everyone kind of share th—
?

A:    Everybody uses those.

00185

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
PAGE 8

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Everyone uses those? Okay. Um, and your phone was just you?

A:    Pretty much, yeah.

Q:    Okay, what do you mean pretty much?

A:    I mean, sometimes my girlfriend uses it, but—

Q:    Okay.

A:    Other than that—

Q:    Okay. Are you guys, is this—so you're boyfriend/girlfriend, do you, does she live with you, or?

A:    No, she doesn't live with me.

Q:    Okay. How long have you guys been together?

A:    Uh, almost two years.

Q:    Oh, okay. Engaged or anything, or?

A:    No.

Q:    No? All right. Um, what's your schedule at school like?

A:    Right now, I don't have anything.

Q:    That's just 'cause of the holiday break?

A:    Yeah.

Q:    Okay. When does it start back up?

A:    January 16th.

Q:    And you got, like, so I'm assuming you have, like, a full load then?

A:    Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 9

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:   Going? Okay. Um, do you work, too?

A:   Yeah, I work part time at the school as well.

Q:   What do you do there?

A:   Work for parking, in the booth (unintelligible).

Q:   Okay, at UNLV?

A:   Yeah.

Q:   Okay. Um, what about on your guys' internet, who's that through at the house?

A:   Cox.

Q:   Cox? Like everybody?

A:   Yeah.

Q:   Okay. You guys have—who's on the bill on that? Is it your parents or you, or?

A:   My parents.

Q:   Um, you guys have Wi-Fi?

A:   Yeah.

Q:   Okay. Um, when you're logging into it, what does it say? Did you guys change the name or anything, something funny or, or put family name or something like that?

A:   You mean, the name of the router?

Q:   Mm-hmm.

A:   Uh

Q:          Okay. And what's the password?

A:   It's, um,

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
PAGE 10

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:   What is it?

A:   

Q:   Okay.

A:   Well, those ones aren't—this is the only capi—oh.

Q:   Yeah, I just put it an underline.

A:   (Unintelligible)

Q:   And then

A:   

Q:   Okay. I gotta ask, what in the world does all that mean?

A:   That's—

Q:   For you to (unintelligible)—?

A:   

Q:   Oh, okay. Everyone on it. Okay. Wow, that's cool. Okay. So everybody knows it in the family then, that way?

A:   Yeah.

Q:   Okay. Does anyone else have access to it or anything like that?

A:   Uh, yes.

Q:   Who does?

A:   Um, I mean, friends that come over, but—

Q:   You let 'em use it while they're here or something?

A:   Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 11

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay. Um, what about, what's your, uh, email address?

A:    Uh, Dustin

Q:    Dustin.

A:    W-R—

Q:    Dustin-W-R? Okay.

A:    31.

Q:    Okay.

A:    At gmail.com.

Q:    Any others?

A:    Yeah.

Q:    Okay.

A:    Randad, R-A-N-D-A-D-1.

Q:    R-A-N-A-D?

A:    R-A-N-D-A-D

Q:    Okay. One?

A:    One at unlv.nevada.edu.

Q:    Is it Nevada spelled out or NV?

A:    Nevada spelled out.

Q:    Okay. Is that just your school?

A:    Yeah.

Q:    For that? Okay. What about, um, social media? Do you have Facebook?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 12

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:    Instagram, yeah.

Q:    Okay. Facebook, what's your name on that? Is it just your name, or—

A:    Just my name.

Q:    Okay. Uh, Instagram?

A:    Uh, Dustin-W-R-A-N, um, 31.

Q:    Okay. What else do you got, social media-wise?

A:    Uh, Twitter.

Q:    Twitter? Okay.

A:    It's under my name, too.

Q:    You're name? Okay. Any other social media?

A:    (Unintelligible) Um, no, I think that's all of them.

Q:    What about, like, on, um, any apps on your phones, uh, Snapchat, Kik, any of
      those kinda apps?

A:    Telegram.

Q:    Telegram?

A:    I have Snapchat.

Q:    Okay, Snapchat. Um, Kik?

A:    I don't have a Kik.

Q:    You don't have a Kik? Okay. Uh, Telegram, any others?

A:    Um, no.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 13

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    No? Okay. Um, do you visit any, uh, online, like, chat rooms, anything like that? Group chats or whatever, where you're just, meet people, hang out, or whatever?

A:    Uh, no. No.

Q:    Nothing? Nothing you can think of?

A:    No.

Q:    Well, if you do, let me know. Okay. Um, all right. And you said your room is on the, when you go upstairs, you go down the hall, and it's the last room on the right?

A:    Yes.

Q:    Okay. Um, and who else lives in the house?

A:    Um, just me, and then my little sister, and my two parents.

Q:    Okay. What's, uh, sister's name?

A:    L⬛⬛ R⬛⬛.

Q:    L⬛⬛, just like it sounds, L-⬛⬛?

A:    Yeah.

Q:    Okay. What's, uh, mom's name?

A:    Shayne Randall.

Q:    How do you spell Shayne?

A:    S-H-A-Y-N-E.

Q:    Okay. And dad?

A:    Um, Brent.

Q:    Brent?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 14

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:     Yeah.

Q:     Okay. Um, do you know, uh, their phone numbers without having your phone? Do you know it by heart, or no?

A:     Uh, yeah.

Q:     Okay. What's, uh, mom's?

A:     ▆▆▆▆▆▆.

Q:     ▆ okay. And dad's?

A:     ▆▆▆▆▆▆.

Q:     ▆ right?

A:     Mm-hmm.

Q:     Okay. Does mom work?

A:     Um, yeah, she's a ▆▆▆▆▆

Q:     Oh, okay. Where is she a vet at?

A:     ▆▆▆▆▆▆

Q:     ▆▆▆ Where's that?

A:     ▆▆▆▆▆▆

Q:     Okay. And how about, uh, dad, what's he do?

A:     He works as a ▆▆▆▆▆▆

Q:     Okay. Um, and sister, I'm assuming, goes to school?

A:     Yeah.

Q:     Around here?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 15

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:      Mm-hmm.

Q:      Which one?

A:

Q:              Okay. Middle school, is it?

A:      Yeah.

Q:      Okay. All right. She go back to school starting the same time?

A:      Um—

Q:      The 16th or whatever, or do you know? Hers might be different. You guys get a longer break, right? Than they do, you get—?

A:      Yeah, I don't know when she goes back to school.

Q:      Okay. All right. And what'd you say you did? The part-time, the parking lot, like, attendant or whatever, for UNLV?

A:      Yeah, I work in a parking booth.

Q:      Okay. Are you having to do any of that now?

A:      Uh, right this week, no.

Q:      Okay. Not during the break, or—?

A:      We're off (unintelligible) this week—

Q:      Just this week.

A:      And I go back the 2nd.

Q:      Okay. All right. Um, let me ask you this. Do you have any idea why we might be here?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 16

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:    No.

Q:    No? Okay. Have, um, have you received any, like, correspondence something that was, like, "Oh, crud," from anyone that, maybe, you were talking to, maybe chatting with, uh, maybe someone on Kik or whatever that may have sent something that, um, you thought was odd, strange, weird, gave you the "Uh-oh," something like that?

A:    Um—

Q:    And keep in mind, okay, I'm not here—like I told you, you're not going to jail.

A:    Yeah.

Q:    I know you're, I know you're nervous, I can see it in your face. I already know the answers to these, and I'm just looking for you to be truthful and honest.

A:    Okay.

Q:    And find out what is going on.

A:    Okay.

Q:    Because that's gonna help you.

A:    Okay.

Q:    Okay? But you gotta be honest. Don't—don't start off lying, and it snowballs, and it gets bad, okay? 'Cause I already know something happened, and you know it, too.

A:    All right.

Q:    But we just gotta explain it, okay?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 17

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:    All right.

Q:    Okay. So tell me—tell me what happened.

A:    Well, what—what are you guys talking about?

Q:    Okay, I think, with what I just said, you know why we're here now.

A:    Okay.

Q:    Okay? Someone sent you something, and you sent some things back, too to somebody.

A:    Okay.

Q:    Over the internet.

A:    Okay.

Q:    Do you know what I'm talking about now?

A:    Yeah.

Q:    Okay. Do you wanna tell me what that is, or do you want me to tell you exactly what I'm talking about?

A:    Um, can you tell me?

Q:    Yeah. So, um, I'm assuming—well, let me ask you this. When you're alone, private, whatever, do you view adult pornography?

A:    Yeah.

Q:    Okay. Um, do you masturbate to it?

A:    Yes.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 18

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay. Um, do you know what the difference between adult pornography and child pornography is?

A:    Yeah.

Q:    Okay. In your words, what would that be? What's the difference?

A:    Uh, child pornography would be kids that are under eighteen.

Q:    Okay, um—

A:    That are exploited sexually.

Q:    Okay, okay. Um, so, this is exactly what I'm talking about, is, um, I believe someone has sent you, um, child pornography.

A:    Mm-hmm.

Q:    And that you may have traded, too.

A:    Okay.

Q:    Okay? That's why we're here.

A:    Okay.

Q:    I'm trying to understand why, okay? I'm just looking for honesty.

A:    All right.

Q:    Like I said, I already know you did.

A:    All right.

Q:    That's why we're here, okay? We don't pick houses at random and happen to know your name, right? You see what I'm saying?

A:    Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 19

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    So, who was this guy that you traded with?

A:    I honestly don't remember. I deleted all of it.

Q:    Okay. How far back, how long ago was this?

A:    I don't remember.

Q:    Do you remember, like, a week ago, a month ago, six months ago? I'm just—I'm not talking, like, the exact day, just approximately, do you remember when this was?

A:    I don't remember exactly.

Q:    Okay. Do you remember, um, what this was on?

A:    Yeah.

Q:    What was it?

A:    Uh, it was on Kik.

Q:    Okay. Um, what was your name on Kik?

A:    Um, am I, like, in trouble, like?

Q:    No, we're talking—

A:    (Unintelligible)

Q:    I'm trying to understand exactly what's going on.

A:    Okay. Um, I—I don't—think it was Dustin-something—I can't remember.

[phone ringing tone in background]

Q:    Okay. Holy crud, sorry. Um, could it have been, um, the first part of your email, Dustin-W-R-31, or something like that?

00197

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 20

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:    Yeah, it could have been.

Q:    Um, I need you to understand, okay? I—I'm trying to be very open—

A:    Mm-hmm.

Q:    Very honest with you. You see, I'm not yelling at you or being a jerk.

A:    Yeah.

Q:    Okay? Um, what's going to happen at the end of this, I can't tell you right now. I
      don't know, but I have to learn all the facts, okay?

A:    Okay.

Q:    Can you get into some trouble? Yeah, potentially. But I could tell you, with you not
      being honest or talking with us, you can get in a whole lot more trouble.

A:    Okay.

Q:    Okay? Um, so, this does help in, in—for us to be able to—for me to be able to
      piece this together—

A:    Yeah.

Q:    And have an explanation from you—not someone else or just things that I see.

A:    Yeah.

Q:    'Cause I've seen all the stuff that, that you traded, and someone sent you—I've
      seen it.

A:    Okay.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 21

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:     Okay? But, I wanna hear from your words, like, "Hey, is this just a mistake on your part? Did you mess up, one, two times, curiosity? Or are, you're someone that is wanting to victimize and exploit young children and have sex with them?"

A:     No.

Q:     You see what I'm saying?

A:     Yeah.

Q:     But I don't know you, right? So, these are the things that I have to understand is, why? Like, what happened? How'd it happen?

A:     Um, I think that it was just, like, curiosity, I don't know.

Q:     Okay. How—but h—so how'd the curiosity start, though? So, you're on Kik, you're chatting with somebody, right?

A:     I think somebody sent me a link before—

Q:     Do you remember who that user was, the username?

A:     I have no idea.

Q:     Okay. Um, so you got that link, you opened it up, and there's child pornography?

A:     I think there was.

Q:     Okay. Um, how'd you feel about it when you saw it?

A:     Gross.

Q:     What'd you do with it?

A:     Deleted it.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 22

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Right then and there that second, or did you save it and delete it later on a later date?

A:    I deleted it.

Q:    Okay. Um, did you send anything back?

A:    Um, I, over the course of time.

Q:    Right.

A:    I have, yeah.

Q:    (Unintelligible)—

A:    But I don't, it was honestly just a mistake, like, I'm not, I'm not trying to do anything.

Q:    Okay. Was—let me take you back in—and again, I don't want to put any words in your mouth. I'm just going back from things I know, okay? Things that I've seen in reports, some things like this, um, as I've been working this. Would June of this year strike a bell of maybe being on, uh, Kik where this guy sent you this, this link, and then over the course of some days, then you sent some links, um, via Dropbox? Does that ring a bell?

A:    Yeah.

Q:    Okay. Um, what kind of stuff did you send on the Dropbox?

A:    I don't know. There were—there were a lot of (unintelligible).

Q:    That you sent?

A:    Um, that I received, I think.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 23

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay, received and sent—you did both. You received—you did receive some Dropbox links?

A:    Yeah.

Q:    And you also sent some Dropbox links?

A:    Yeah, but I don't remember—I don't know if I sent any of the young ones (unintelligible).

Q:    Okay, well, what's young?

A:    I don't know.

Q:    Okay. But I think you know that on those links was child pornography. In your words, child being exploited sexually under the age of eighteen that you sent—and that you received.

A:    Uh, yeah.

Q:    Okay.

A:    The same.

Q:    Okay. Here's what I need to understand though, okay?

A:    Okay.

Q:    And you gotta help me work through this here, okay?

A:    Okay.

Q:    A guy sends you a link from Kik.

A:    Uh-huh.

Q:    Do you remember—does June sound about right, or do you not know?

00201

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 24

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A:    I don't remember, honestly.

Q:    Okay, okay. Um, my paperwork, if, if I'm recalling, shows around June.

A:    Okay.

Q:    Okay? A particular conversation happened with an individual on Kik.

A:    Okay.

Q:    Okay? He sent you a leak—link, that did contain child pornography over the course of a couple days, few days; you then send some links yourself back.

A:    Mm-hmm.

Q:    Okay? So what I gotta understand is, when this guy sends you the link, you said you opened it up, it had child pornography, um, you didn't like it, then you deleted it right then. But then, you're able to send child pornography out with your Dropbox links, so where did that child pornography come from? Is that something you searched yourself, is that something someone sent you and you saved—?

A:    No, it was the—

Q:    I mean, you had to have it saved.

A:    It was something that somebody sent me, and I think it was just from a convo that they sent me.

Q:    Okay.

A:    And I just, like, copied it and pasted it. But I didn't really look at a lot of them. I just was trading with people.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 25

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay. But if you're trading with people, then it doesn't make sense that you wouldn't look at it, if you're trading. I mean, that's why you trade.

A:    Yeah, I, I get it.

Q:    So, I gotta believe that you were looking at it. You were—you said earlier you were curious, and if that's what it is, that's what it is.

A:    Yeah.

Q:    You know, call a spade a spade. If you're—if you were curious about it for a short period of time, I can see right now looking at you, you're bothered by it now, correct?

A:    Yeah.

Q:    Okay. So, if you made a mistake, it's okay to say, "I screwed up. I was curious about it, I don't why. And it is what it is." Am I—am I on track, or am I off track?

A:    You're—you're on track because I made a mistake, and I—

Q:    Okay. So, do you know how many people you would have traded child pornography back and forth with?

A:    I have no idea.

Q:    Okay. How long ago did it start? The very first time you may have sent something or got something, roughly—a year ago, six months ago?

A:    Maybe June, I don't know. I really can't remember.

Q:    This year though?

A:    Prob—yeah, probably.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 26

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Do you know how many people you would have trade child pornography with?

A:    I don't know.

Q:    Uh, less than ten, more than ten?

A:    I don't know. Probably less, I don't—I'm not sure.

Q2:   Did it start in a group or one-on-one conversation?

A:    It was, I don't—I don't remember how.

Q2:   Okay. All right. Okay, well do you—

A:    Probably a group. But I don't remember—

Q2:   Okay. Do you remember what some of those groups were?

A:    I really don't. I—I deleted all of it. Like, I don't, I didn't want to deal with any of it anymore, like, I don't like—I don't think it's right, you know.

Q:    Mm-hmm. So when's the last time you looked at any? Any child pornography—when's the last time?

A:    I don't remember.

Q:    You don't remember, or you don't want to say?

A:    Don't remember.

Q:    Um, do you remember, uh, with the child pornography that you would send out, did—do you remember the ages, was it boys, girls, was it younger, teens—

A:    It was girls and, like, teens probably, I don't—

Q:    Any younger?

A:    Um, I don't—I think, I think so.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 27

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q:    Okay.

A:    But I really—I really, like, don't (unintelligible)—I deleted all of it, you know, so—

Q:    When did you delete it?

A:    Um, while back.

Q:    Okay. While back, not, like—'cause we'll find out—not, like, um, when SWAT was saying, "Get downstairs," not, like, right now?

A:    No.

Q:    'Cause it will show.

A:    I didn't delete anything right now.

Q:    Okay. Um, have you ever masturbated to it?

A:    Um—

Q:    And felt guilty, bad?

A:    No.

Q:    Never? Really? I'm gonna take that pause as a, yeah, you did.

A:    I—I don't want this—I don't know.

Q:    Okay.

A:    I feel like I should talk to an attorney. I don't—

Q:    Okay. That's fine. Then we'll, we'll stop talking to you. Um, and, uh, and we'll end the interview, okay? Um, so, Operator, we're gonna end the interview at this time. And the time is 1201.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 28

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

**THIS VOLUNTARY STATEMENT WAS COMPLETED AT** ▓▓▓ **Enchanted Cove Ct.
ON THE 28ᵗʰ DAY OF December, 2017 at 1201 hours.**

SM/J14991B
6/4/2018 1818 hrs

**SM002**



00206