# EXHIBIT 3

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 1

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

| | |
|---|---|
| **SPECIFIC CRIME:** Possession Child Pornography | |
| **DATE OCCURRED:** | **TIME OCCURRED:** |
| **LOCATION OF OCCURRENCE:** CITY OF LAS VEGAS    CLARK COUNTY | |
| **NAME OF PERSON GIVING STATEMENT:** Randall, Dustin | |
| **DOB:** | **SOCIAL SECURITY #:** |
| **RACE:** | **SEX:** |
| **HEIGHT:** | **WEIGHT:** |
| **HAIR:** | **EYES:** |
| **WORK SCHEDULE:** | **DAYS OFF:** |
| **HOME ADDRESS:** Enchanted Cove Ct., Las Vegas, NV 89139 | **PHONE 1:** |
| **WORK ADDRESS:** | **PHONE 2:** |

The following is the transcription of a tape-recorded interview conducted by DETECTIVE S. Miller, P# 6507, LVMPD HOMICIDE AND SEX CRIMES BUREAU on December 28, 2017 at 1208 hours. Also present is Detective J. Darr, P# 3741.

Q:  Operator, this is Detective Miller, P Number 6507. Also present is Detective Darr,

P Number—

Q2: 3741

Q: Event Number is 171028-1093. Today's date is 12/28/17. The time is 1208 hours. And this is a second interview being conducted at       Enchanted Cove Court, Las Vegas, Nevada, 89139. We're here speaking with Dustin Randall, date of birth of       Um, he lives at the address of       Enchanted Cove Court, Las Vegas, Nevada, 89139, has a contact phone number of 702-265-

00207

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 2

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

   And again, Dustin, I know we just went through this, and I'll explain it, but I do have to read you your rights again, so that it's on this recording since I started a new recording, okay?

A: (Unintelligible).

Q: You have the right to remain silent. Anything you say can be used against you in a court of law. You have the right to consult with an attorney before questioning. You have the right to the presence of an attorney during questioning. If you cannot afford an attorney, one will be appointed to you before questioning. Do you understand these rights?

A: Yeah.

Q: Okay. Dustin, I had to read this again because we were just speaking and, uh, you mentioned that you wanted to, uh, you weren't sure whether you should have an attorney present. So, we ended the interview at that time. At that point, you then had some questions, and I said I can't answer those questions unless, uh, we went back on tape and you wanted to waive those rights and speak to me.

A: (Unintelligible)

Q: Speak to us, okay? And now you were saying you were wanting to do that; is that correct?

A: Yes.

Q: Okay.

A: (Unintelligible)

Voluntary Statement-No Affirmation~ ISD/Word 07

00208

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 3

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q: So, here's—so here's the deal. Um, I'm—I was in the middle of asking, um, if, during any of this, if you masturbated, and so you know, I mean, people that get mixed up in this accidentally or whatever, they have a curiosity—I mean, that's why people look at pornography, generally, right? They look at it for an arousal, whatever the case may be, and same thing applies here. And you can kinda shut down at that point, so am I correct? On at least one occasion, you looked at child pornography, you didn't know what was going on, and your masturbated to it?

A: Um, am I allowed to call an attorney, or?

Q: Okay. If you're wanting an attorney, then I'm stopping the interview.

A: Okay. (Unintelligible)

Q: Okay? And, and I have no issue with that.

A: Okay.

Q: It's your rights, but I cannot guide you one way or the other.

A: (Unintelligible)

Q: You have to tell me whether you want to talk. If you don't want to answer the question, just say you don't want to answer the question, and I'll move on. You got that, too, but it's up to you. But I'm not gonna keep going back and forth. You either want to talk, so I can hear your side, your story, or you don't want to talk.

A: I don't want to answer that question.

Q: Okay. Do you still want to talk, or do you want to have an attorney present?

A: We can still talk.

Voluntary Statement-No Affirmation~ ISD/Word 07

00209

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 4

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q: Okay. On your phone, um, when we look at that, is there gonna be any child pornography saved anywhere?

A: No.

Q: Okay. How about on your Mac?

A: No.

Q: None whatsoever?

A: No.

Q: Okay. Any of the game systems?

A: No.

Q: Anywhere else?

A: No.

Q: Okay.

A: There's none saved somewhere.

Q: Um, what about on your, uh, Dropbox account?

A: No.

Q: Nothing?

A: No.

Q: Will come back from that? Okay. How about your email, sending stuff? You ever send anything using your email address?

A: No.

Q: Okay. Um, Jason?

Q2: Have you ever seen any videos of guys that were exploiting children directly—not old saved stuff, but somebody in the act, or any Skype or anything like that?

A: No.

Q2: Does anybody ever claim to be victimizing their own kids or kids they have access to in any of the chats you had?

A: No.

Q: Do you have any other computers, anything that you did not talk about at the beginning?

A: No.

Q2: No external hard drives, thumb drives, anything like that?

A: No. I don't have any.

Q: Okay. So you don't have any of your stuff saved anywhere? Any other stuff that—'cause at some point—

A: I don't—

Q: You were able to send these.

A: I don't have any of that stuff saved. I don't—I don't.

Q: Okay.

A: I never saved, I (unintelligible)—

Q2: So you'd only access it through the links then, right?

A: That's correct.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 6

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q2: Okay. Did you ever talk to anybody on Kik and meet another app to discuss stuff further or trade any (unintelligible)—

A: No, no.

Q2: So any of the trading you did was strictly through Kik?

A: That's true, yes.

Q: Do you have any encryption on your phone, or—

A: No.

Q: Your Mac?

A: No.

Q: Okay. Do you have any peer-to-peer software?

A: I don't know that that is.

Q: File sharing?

A: Uh—

Q: Like, torrents, bit torrents, areas, any of this kind of stuff where you can trade—it helps to trade faster.

A: I've never traded on my MacBook.

Q: Okay. What did you use when you traded?

A: Just the phone.

Q: Just your phone? The phone that you have? Yes? Okay, you're shaking your head yes, but the recorded can't see your head shaking.

A: (Unintelligible)

00212

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 7

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q: Okay. Um, all right. Uh, what made you stop the trading? Like, why stop all of a sudden?

A: Uh, I don't know. I (unintelligible) I guess.

Q: Okay. Um, has anyone walked in or caught you looking at anything, sister, girlfriend, parents?

A: No.

Q: Okay. Do you think they would be surprised by this?

A: Yes.

Q: Okay. So you know, I'm going to discuss it, okay? Um, but at some point, I imagine, you're gonna have to have a conversation with them—

A: Yeah (unintelligible)—

Q: About why we're here, right?

A: Yeah.

Q: Okay? Um, obviously I would always say, always, you know, suggest being honest, of course, you know, versus—

A: Yeah.

Q: Trying to lie about it and stuff.

A: Yeah.

Q: Okay? Um, is there anything else that you think is important that we should know about to understand this, the why?

A: No.

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**
PAGE 8

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q: Nothing?

Q2: There—are there any people in particular that you met through Kik or anyone else that you think are really bad and really into it that we might be interested in?

A: I really—I really don't. I don't know any of those people.

Q: So it was strictly through Kik?

A: Yeah, and I—I deleted it, and I don't even have, like, usernames to anybody, so—

Q: Do you still have the Kik app, or did you delete that, too?

A: I don't even have the app.

Q: Okay. Um, how long ago did you delete that?

UNK: Approximately

A: I don't know.

Q: But it wasn't today when SWAT told you to come downstairs?

A: No, it wasn't today.

Q: Okay. Um, anything else?

Q2: No. Um, I don't remember if I asked, but did you ever talk to or contact anyone outside of Kik?

A: No.

Q: Okay. And you've never done anything on any other forum that you can remember, your Instagram, Snapchat, Twitter, anything?

Q2: (Unintelligible) anything?

A: No.

Voluntary Statement-No Affirmation~ ISD/Word 07

00214

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 9

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

Q: All right. 'Cause a lot of this, I mean, it's relevant, because part of this is making sure that you're being honest with us.

A: Yeah.

Q: 'Cause of any of the evidence suggests that you're not—

A: Yeah, I—

Q: Then we got a different story, right?

A: (Unintelligible)

Q: So I'm just trying to make sure that, this is your opportunity that, you're being honest, you're saying, "Hey, yeah, hey, this is what it is."

A: Yeah.

Q: And there's nothing different about it.

A: No.

Q: You feel comfortable that everything you said is, is the truth, and we're not gonna find anything other than what we discussed?

A: Yeah, because I didn't—I've never gone on anything else.

Q: Okay. And I just have to ask this. Have you ever met with a child under the age of eighteen for purposes of engaging or actually having sex?

A: No.

Q: Okay. Have you had thoughts of it?

A: No.

Q: Okay. You, you see why I'm asking that, right?

Voluntary Statement-No Affirmation~ ISD/Word 07

00215

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 10

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

A: I—I never actually thought about doing any of that in real life.

Q: Okay, so my guess is that you're not this monster that wants to go prey on little girls, but you had a curiosity, you don't really know why, you were sent some links, you saw some child pornography, it struck a curiosity. I think what you did, outta, you know, guilt or whatever, as you masturbated to it once or a few times, and that's where it was gonna stay, and that made you feel worse about it, and you ended up deleting everything, saying, "This is wrong." Maybe I'm wrong, but that's my guess. Am I anywhere on the right track, or am I way off?

A: Um, I don't know, (unintelligible).

Q: Okay, all right.

A: I think—I think you're on the right track, though.

Q: Okay.

A: Like—

Q: Fair enough, I'm just—you know why I'm asking, right? I'm just trying to understand, trying to make sure you're not a monster and you're just a guy that made a mistake. 'Cause there's a very big difference, right? You see what I'm saying?

A: Yeah.

Q: Okay. All right, Operator, that will end this interview. And the time is 1219 hours.

Voluntary Statement-No Affirmation~ ISD/Word 07

00216

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 11

EVENT #: LLV171028001093
STATEMENT OF: Dustin Randall

THIS VOLUNTARY STATEMENT WAS COMPLETED AT ▮▮▮ Enchanted Cove Ct. ON THE 28th DAY OF December, 2017 at 1219 hours.

SM/J14991B
6/5/2018 1554 hrs

**SM003**



00217