# EXHIBIT A

# EXHIBIT A



**Extraction Report**
Cellebrite UFED Reports

## Participants

Fun Time  funnseeker24
Dustin Rogers  dustinwr31

## Conversation - Instant Messages (29)

   6/10/2017 6:08:35 PM(UTC+0)   

You started chatting with Dustin
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xED83C (Table: ZKIKMESSAGE, Size: 1449984 bytes)

   funnseeker24 Fun Time      6/10/2017 6:08:41 PM(UTC+0)

Can I join group?  How young
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xED7CD (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

  dustinwr31 Dustin Rogers    6/10/2017 6:58:20 PM(UTC+0) 

Young and send to join
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8A8B (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

  funnseeker24 Fun Time      6/10/2017 7:00:28 PM(UTC+0)

https://mega.nz/#F!zwwBkQbR!vhKAZl986IrBxC8EvMq6hQ
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8A04 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

   funnseeker24 Fun Time      6/10/2017 7:00:52 PM(UTC+0)

https://www.dropbox.com/sh/yvh0evy4dxqowvq/AABIN5Am3lwXUJELx-vGbp-Za?dl=0
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF890C (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

   funnseeker24 Fun Time      6/10/2017 7:04:50 PM(UTC+0)

Can I get one or join group
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF876F (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

   funnseeker24 Fun Time      6/10/2017 7:19:07 PM(UTC+0)

?
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF85FB (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

   funnseeker24 Fun Time      6/10/2017 7:23:00 PM(UTC+0)

Do you trade back
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF8594 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

dustinwr31 Dustin Rogers    6/10/2017 7:39:13 PM(UTC+0) 

I trade back and yeah the group is dead now it was going last night
Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xF84FB (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

00040

**funnseeker24 Fun Time**     6/10/2017 8:13:55 PM(UTC+0)

Can you send more or different

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCBB1 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**funnseeker24 Fun Time**     6/10/2017 8:13:55 PM(UTC+0)

CAn you send more

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCB4B (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**funnseeker24 Fun Time**     6/10/2017 8:19:33 PM(UTC+0)

?

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFCAF4 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**funnseeker24 Fun Time**     6/10/2017 8:29:28 PM(UTC+0)

Send more

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC983 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**dustinwr31 Dustin Rogers**     6/10/2017 8:38:31 PM(UTC+0)

I don't trade with impatient mother fuckers

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC902 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)

**funnseeker24 Fun Time**     6/10/2017 8:40:37 PM(UTC+0)

Sorry I'll wait

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC89E (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**funnseeker24 Fun Time**     6/10/2017 9:03:47 PM(UTC+0)

Send when you can no rush

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0xFC350 (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**funnseeker24 Fun Time**     6/11/2017 2:50:24 AM(UTC+0)

I have baby to trade

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0x119F4B (Table: ZKIKMESSAGE, Size: 1449984 bytes)
iPhone/Applications/group.com.kik.chat/Library/Preferences/group.com.kik.chat.plist : 0x1AB9 (Size: 7354 bytes)

**dustinwr31 Dustin Rogers**     6/12/2017 6:10:31 PM(UTC+0)

https://www.dropbox.com/sh/x6m2me4l1v12hv4/AABzSfzqqe-DKnYobz_gq7pYa/?dl=0

Source file: iPhone/Applications/group.com.kik.chat/cores/private/728c1405bddb4e608c902a02d44fd8f1/kik.sqlite : 0x11A48C (Table: ZKIKMESSAGE, ZKIKUSER, Size: 1449984 bytes)