# EXHIBIT B

# EXHIBIT B

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 1 |
|---|---|---|

August 3, 2020

*United States of America v. Dustin Wayne Randall*
US District Court, District of Nevada

## OVERVIEW:

Assistant Federal Public Defender Erin M. Gettel of the Federal Public Defender's Office District of Nevada in Las Vegas, Nevada and her client, Mr. Dustin Randall, retained me to perform an independent digital forensic analysis in the matter of *The United States of America vs. Dustin Randall.*

On January 15, 2020, Mr. Randall plead guilty to a two-count federal indictment: (1) Receipt of Child Pornography, and (2) Distribution of Child Pornography.

## PROFESSIONAL BACKGROUND:

I am the owner and senior partner of Computer Forensic Resources, Inc.
I am an EnCase Certified Computer Forensic Investigator (EnCE).
I have worked on over 1,000 cases involving digital forensics.
Over 75% of the cases that I have worked on have specifically involved child pornography.
I have been qualified as an expert in federal and state courts in North Dakota, South Dakota, Iowa, Florida, Louisiana, Mississippi, and Nebraska.
My professional resume (CV) is included in this report. See *Attachment A.*

## LAW ENFORCEMENT INVESTIGATION:

In October 2017, a case was assigned to Detective Scott Miller, a police detective with the Internet Crimes Against Children Task Force (ICACTF) with the Las Vegas Metropolitan Police Department ("Det. Miller") involving receipt, possession and distribution of child pornography.

The case originated pursuant to an undercover operation performed by Detective B. Allbritton, a sworn law enforcement officer in the Commonwealth of Virginia. During the course of his investigation, he encountered online persona "dustinwr31" while utilizing Kik Messenger. During a Kik conversation with another user, "Funnseeker24," "dustinwr31" shared two Dropbox links believed to contain child pornography.

On July 3, 2017, Kik Interactive, Inc. responded to an administrative subpoena and provided the following information related to the above-listed user account:

- E-Mail: ███████████████
- Username: dustinwr31
- IP: 68.96.232.87, port: 34515, on 6/10/2017 at 20:32:12 UTC

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 2 |
|---|---|---|

On August 21, 2017, Cox Communications, Inc. responded to an administrative subpoena and provided the subscriber information the above-listed IP address:

- Name: Shayne Randall
- Address: ███████████. Las Vegas, NV ██████

On December 28, 2019, Mr. Dustin Randall was interviewed out front of his residence while officers executed a search warrant. During this interview, Mr. Randall admitted to utilizing Kik screenname "dustinwr31."

During the course of the search warrant, forensic previews revealed no evidence of child pornography on the scene. Despite this, the ICACTF seized the following devices for further analysis:

- Apple iPhone 7
- Apple MacBook Pro
- SD card
- Three (3) thumb drives

On January 4, 2018, Dropbox, Inc. responded to a search warrant. Upon review of the Dropbox, Inc. return, various notable links resolved to folders that contains child pornography.

On January 24, 2018, LVMPD Forensic Examiner Matt Trafford completed said forensic examinations of the seized devices. No further evidence of child pornography was discovered.

**PRESENTENCE INVESTIGATION REPORT**

On April 21, 2020, United States Probation Officer Sunny Rae Cascio prepared a Presentence Investigation Report for the immediate matter. Pertinent paragraphs related to this report are as follows:

> *11. The chat logs between Proctor and Randall between the dates of June 10 and June 12, 2017, were reviewed by law enforcement. Proctor requested to join Randall's "group" and the two discuss trading child pornography. At some point, Proctor asked Randall if he had "babies or younger to trade," and claimed he has "babies to trade." Proctor then sent Randall a Dropbox link containing 272 videos and 34 images determined to be child pornography. The following are three descriptions of videos contained on the above-mentioned megalink:*
>
> > a) **Video file xxxxxxx12c6e4.jpg** – *Video is 1:23 minutes in length. This video depicts a nude pre-pubescent female toddler, between the ages of one and*

Case 2:18-cr-00303-JCM-EJY    Document 96-2    Filed 08/12/20    Page 4 of 13

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 3 |
|---|---|---|

*three-years old, lying on a bed with her legs spread apart and her vagina is exposed. An adult male wearing a blue shirt is between the toddler's legs, performing oral sex on the toddler. The toddler appears to be in distress and is seen squirming. The adult male says, "Hang on," and continues to penetrate the toddler's vagina with his tongue. The adult male then asks, "Did you like that?"*

16. …The folders in Randall's Dropbox account were subsequently determined to contain 92 videos of child pornography, to include one video of child sadist/masochist sexual exploitation; and 24 still images of child pornography with one image of child bestiality.

17. Below are examples of two still images and three videos recovered from **Randall's** Dropbox account:

   a) **Still image xxxxxxxxx769981.jpg** – This image depicts a pre-pubescent female child between seven and ten-years of age. The child is wearing a pink shirt and is sticking up her middling finger of her left hand. Six erect male penises can be seen circling the child's head. The child's mouth is open, and her face is covered in semen, as the adult males can be seen ejaculating on the child's face.
   b) **Still image xxxxxxxxx49327b.jpg** – This image shows a nude pre-pubescent female child between the ages of eight to ten-years seated in a brown chair. The child is exposing her bare vagina as a large breed doc licks her vagina.

**MEINKE INVESTIGATION:**

In order to work on cases that potentially involve Child Exploitation Material (CEM), the United States Attorney's Office in Sioux Falls, South Dakota has provided me with a secure office, within their office. This arrangement has proven efficient and successful since 2006.

On May 27, 2020, I received a 1TB hard drive, previously supplied by CFR, that contained a folder titled "171028-1093" which contained four subfolders:

1. CD:
   a. SUBFOLDER: dustinwr31 (contains five subfolders and one file: (1) chat; (2) Mega link; (3) Kik; (4) Cox Comm; (5) Sample Search Warrant; (6) "dustinwr31lead.doc")
   b. SUBFOLDER: ra l monts (contains media files, including CEM)
2. Dropbox SW Return
3. Forensic Exam
4. Google SW Return

On July 1, 2020, I received a 320GB HDD, supplied by the Federal Government, that

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 4 |
|---|---|---|

contained the raw Cellebrite extraction from the Apple iPhone 7 and "full report" related to that same extraction that contained all information from the Apple iPhone 7 without any filters.

In addition to the digital evidence, I also received and reviewed Bates "Randall 00001-00230", Randall Search Warrant Photos (_CQN0001.JPG – _CQN216.JPG), Randall Interview files (171028-1093 Dustin Randall.DSS, 171028-1093 Dustin Randall #2.DSS), and the Presentence Investigation Report prepared by United States Probation Officer Sunny Rae Cascio.

**MEINKE FINDINGS:**

Timeframe

Mr. Randall was actively engaged with the trading of CEM during a very short period of time during the month of June 2017.

No evidence suggests that he had been involved in sharing/downloading CEM outside of this investigation or with anyone other than "Proctor."

Method of Acquiring CEM: Batch-Sharing

Mr. Randall was identified as a person of interest during a separate investigation in North Carolina.

Specifically, Mr. Randall utilized Kik Messenger to communicate with other individuals and exchanged "links" to "collections" of images and videos. Each of these "collections" consisted of several files each, some files that do not depict CEM.

This type of file-sharing is commonly referred to as "batch-sharing." Batch-sharing occurs when a significant number of files containing a variety of material is exchanged via one link or folder. So, while the number of actual images and videos tallied by law enforcement is high, the number of trades that contain CEM is relatively small.

Limited Contraband Locations

As noted above, law enforcement seized six devices utilized by Mr. Randall to forensically analyze at a later date.

Law enforcement also identified various social media / cloud accounts utilized by Mr. Randall including: Facebook, Twitter, Instagram, SnapChat, Google, and Dropbox.

Subsequent full forensic examinations of these devices and review of social media/cloud accounts revealed that the only evidence related to the Receipt or Distribution of Child Pornography was located on the iPhone and Dropbox account. That said, no CEM was

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 5 |
|---|---|---|

recovered from the iPhone.

Specialized Techniques to Conceal CP

There is no indication that Mr. Randall had been using any specialized techniques to attempt to conceal CEM on any device seized and analyzed.

In fact, during Mr. Randall's interview, he admitted that the only device he utilized to access CEM was his Apple iPhone 7 and that he had deleted all possible CEM. Based upon law enforcements analysis and findings, these statements appear to be truthful.

PSIR

After reviewing the PSIR and comparing it with written discovery, I note the following discrepancies:

With regard to PSIR Paragraph 11, specifically, "Proctor requested to join **Randall's** "group" and the two discuss trading child pornography. At some point, Proctor asked **Randall** if he had "babies or younger to trade," and claimed he has "babies to trade." Proctor then sent **Randall** a Dropbox link containing 272 videos and 34 images determined to be child pornography."

> There is no evidence that the group in question was created or administered by Randall.
>
> In reviewing the actual chat conversation produced by the Govt. in the following location: 171028-1093/CD/dustinwr/1-Chat/Report, I noted that when "funnseeker24" asks; "Do you trade back", "dustinwr31" responds by saying "I trade back and yeah the group is dead now it was going last night". Mr. Randall's response suggests that Randall did not have administrative control of the group.
>
> In addition, at no point in the conversation does Randall claim he has "babies" to offer to Proctor.
>
> Again, when reviewing the actual chat conversation produced by the Govt. in the following location: 171028-1093/CD/dustingwr/1-Chat/Report, I noted that these requests for "babies" and "Have anymore or younger", were made in two separate posts from "funnseeker24" (Proctor) and were not part of a single post.

With regard to PSIR Paragraph 11(a), Video file xxxxxxx12c6e4.jpg:

> My review of this file revealed that it is not a video but rather a still image (.JPG) and the description of the file is not what is stated in this paragraph.
>
> An accurate description of this file is found on Bates "Randall 00143."

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 6 |
|---|---|---|

With regard to PSIR Paragraph 17(a), Still image xxxxxxxxxx769981.jpg:

> The file described is listed as "pre-pubescent female child between the ages of seven and ten-years of age."

> During my review of this file, I noted that the only portion of the female that is visible in this image is from just below her neckline and includes her face and head. She has longer blonde hair, and appears to have some type of cosmetic jewelry on her tongue, such as a piercing or similar. Although she is young looking, to state that she is "pre-pubescent", or even a minor, based on the angle of the photograph is misleading.

With regard to PSIR Paragraph 17(b), Still image xxxxxxxxxxx49327b.jpg:

> Part of the description of the file includes "child is exposing her bare vagina as a large breed of dog licks her vagina."

> During my review of this image, I did note that although the description is mostly accurate, I did not see evidence of the dog licking the female's vagina.

Telephone Conference with AUSA, Case Agent and Forensic Examiner – June 18, 2020

On June 18, 2020, Defense Counsel and I participated on a conference call with AUSA Bianca Pucci, the Case Agent, and a gentleman who I believe to be the forensic examiner. The purpose of this call was to identify and obtain any forensic reports that would be used to support the Government's claims regarding the amount and severity of the alleged CEM. During this conversation, I learned the following:

- Other than the raw data and complete report related to the Apple iPhone 7, I had received everything the Government has in their possession related to their investigation to-date.

- Law enforcement had not processed any of the digital evidence using commonly applied forensic techniques to determine an accurate count of images and files that clearly depict CEM.

**CONCLUSION:**

Based on my detailed analysis of the digital evidence and written discovery in this case, I conclude the following:

- I do not dispute the fact that Mr. Randall exchanged CEM with "Proctor."
- Without more information, the creator or administrator of the Kik group utilized by Proctor and Mr. Randall are unknown.
- Without more information, it is unknown whether Mr. Randall sought a specific

Case 2:18-cr-00303-JCM-EJY   Document 96-2   Filed 08/12/20   Page 8 of 13

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 7 |

category of CEM (i.e. bestiality, sadomasochistic, infant, etc.) Instead, all we know is what was received via Batch-Sharing which is not determined by who receives the files via link.

- I noted inconsistencies and misrepresentations made by both law enforcement in their reports and narratives as well as in the PSIR drafted by US Probation Officer Cascio. These inconsistencies and misrepresentations noted in my report were related to:
    - Incorrect paraphrasing of the chats between Proctor and Mr. Randall
    - Incorrect descriptions of files of interest
    - Incorrect categorization of files of interest

The information contained in this report is accurate and true to the best of my knowledge and ability. To the extent that opinions are offered, they are opinions based on my professional experience related to the analysis of a vast amount of digital evidence in both criminal and civil cases.

Respectfully Submitted,

Daniel R. Meinke, EnCE
Senior Partner, Digital Examiner
Computer Forensic Resources, Inc.
221 S. Phillips Ave. Ste. 207
Sioux Falls, SD  57014

# Computer Forensic Resources Report

| Investigator: Daniel R. Meinke, EnCE | USA vs. Randall | Page 8 |
|---|---|---|

# ATTACHMENT A

# Daniel R. Meinke, EnCE
Digital Forensic Examiner

Phone: (605) 334-9131 | Email: Dan.Meinke@sdforensics.com

## Computer Forensic Resources, Inc.

| General Business Location | General Mailing Address | Secure Office Location |
|---|---|---|
| Carpenter Building | PO Box 2109 | US Attorney Office |
| 221 S. Phillips Ave. Ste. 207 | Sioux Falls, SD 57101 | 325 S. 1st Ave., #300 |
| Sioux Falls, SD 57104 | | Sioux Falls, SD 57104 |
| | | **NO MAIL ACCEPTED** |

## EMPLOYMENT HISTORY

**Computer Forensic Resources**, Sioux Falls, SD — Jan. 2006 - Present
*Founder & President*
*Digital Forensic Examiner*

**MacDoctors**, Sioux Falls, SD — May 1995 - Present
*Co-founder and President*
*Apple Computer Specialist*

**Karl's TV and Appliance**, Sioux Falls, SD — Apr. 1987 - May 1995
*General Manager* — 1993 - May 1995
*Sales Manager* — 1989 - 1993
*Sales* — Apr. 1987 - 1989

## RELEVANT EXPERIENCE

*Expert Witness Recognition*: Federal & State Courts (IA, FL, LA, MS, NE, ND, SD)
*Cases Involving Digital Assets*: 1,000+ cases
*Cases Involving Child Exploitation*: 700+ cases

## EDUCATION & TRAINING

**Opentext FKA Guidance Software (EnCase)**

*EnCase Certified Examiner* (EnCE) *Certification* — Jan. 2011

*EnCase Certified Examiner* (EnCE) *Prep Course* — Mar. 2010
  24 classroom hours
  Examiner Series
  On-Demand

*Updated: 12/2018*

| | |
|---|---|
| *Specialized Knowledge & Applications in Technology*<br>    32 classroom hours<br>    Examiner Series<br>    Pasadena, CA | May 2010 |
| *Advanced Internet Examinations*<br>    32 classroom hours<br>    Examiner Series<br>    Chicago, IL | Feb. 2010 |
| *Computer Forensics II*<br>    32 classroom hours<br>    Examiner Series<br>    On-Demand | Jan. 2010 |
| *Computer Forensics I*<br>    32 classroom hours<br>    Examiner Series<br>    On-Demand | Oct. 2009 |
| *Incident Response, Forensic Analysis & Discovery in the Field of Specialized Knowledge & Applications in Technology*<br>    32 classroom hours<br>    Examiner Series<br>    Pasadena, CA | February 2006 |

**Cellebrite**

| | |
|---|---|
| *Cellebrite Certified Physical Analysis (CCPA)*<br>    21 classroom hours<br>    Tucker, GA | Oct. 7-12, 2018 |
| *Cellebrite Certified Operator (CCO)*: (14 hours)<br>    14 classroom hours<br>    Tucker, GA | Oct. 7-12, 2018 |
| *Cellebrite UFED Physical Certified*<br>    32 classroom hours<br>    Washington, DC | Sept. 23-27, 2013 |
| *Cellebrite UFED Certified*<br>    32 classroom hours<br>    Washington, DC | Sept. 23-27, 2013 |

**Magnet Forensics, Inc.**

| | |
|---|---|
| *Examinations Training (AX200)*<br>    32 classroom hours | July 18-21, 2017 |

*Updated: 12/2018*

Herndon, VA

**X-Ways Software Technology AG**

| | |
|---|---|
| *Training Certificate* | Apr. 4-8, 2016 |
| 32 classroom hours | |
| Manassas, VA | |

**Katana Forensics**

| | |
|---|---|
| *Lantern Certified Examiner* | Apr. 27 - May 1, 2015 |
| 24 classroom hours | |
| Lafayette, LA | |

**Apple Computer**

| | |
|---|---|
| *Apple Product Professional* (APP) | 2008 |
| *Apple Authorized Service Provider Plus* (AASP+) | 1998 |

# CONFERENCES

**Opentext FNA Guidance Software**
ENFUSE Conference (FKA CEIC)                    2016, 2014, 2011, 2008, 2007

**Access Data**
Access Data User's Conference (ADUC)             2013

**High Technology Crime Investigation Association**
International Conference & Training Expo (HTCIA)  2012

# ADDITIONAL INFORMATION

**Private Digital Forensic Laboratories**

Self-built and maintained, according to the best practices and procedures with regard to computer forensics.

*Secure Office*: for analysis of digital media containing contraband
*General Office*: for acquisition and analysis of all other digital media

**Guest Lecturer**

| | |
|---|---|
| *City of Sioux Falls* | 2016 |
| *West Lyon Middle School* | 2016 |
| *Indigent Defense* (Grand Forks, ND) | 2013, 2016 |
| *Nebraska Criminal Defense Attorneys Association* (Lincoln, NE) | 2013, 2014 |
| *2nd Circuit Bar Association* (Sioux Falls, SD) | 2013 |

*Updated: 12/2018*

| | |
|---|---|
| *Minnehaha County Public Defender's Office* (Sioux Falls, SD) | 2013 |
| *South Dakota Trial Lawyers Spring Seminar* (Sioux Falls, SD) | 2007, 2012 |
| *Southeast Human Resources Management* (Sioux Falls, SD) | 2012 |
| *South Dakota Workers' Compensation Summit* (Sioux Falls, SD) | 2012 |
| *Paralegal's Association* (Sioux Falls, SD) | 2010 |
| *SW State University* (Marshall, MN) | 2008, 2009 |
| *University of South Dakota* (Vermillion, SD) | 2007, 2008, 2009 |
| *Mitchell Technical Institute* (Mitchell, SD) | 2007, 2008, 2009 2014, 2015, 2018 |
| *Women in Law* (Sioux Falls, SD) | 2007, 2008 |

***Updated: 12/2018***