**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-303 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| DUSTIN RANDALL, | |
| Defendant(s). | |

Presently before the court is defendant Dustin Randall's motion for leave to file reply to the government's response to the defendant's sentencing memorandum. (ECF No. 109).

The sentencing hearing for this matter is currently set for October 7, 2020. Defendant's request is timely, and having reviewed the record and defendant's proposed filing, this court finds good cause to permit additional briefing. (*Id.*).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the defendant's motion for leave to reply (ECF No. 109) be, and the same hereby is, GRANTED.

DATED September 30, 2020.

_____
UNITED STATES DISTRICT JUDGE