

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN RANDALL,<br><br>　　　　Defendant. | 2:18-CR-303-JCM-EJY<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Dustin Randal to the criminal offenses, forfeiting the property set forth in the Memorandum in Support of Guilty Plea Without Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Dustin Randall pled guilty. Criminal Indictment, ECF No. 16; Memorandum in Support of Guilty Plea Without Plea Agreement, ECF No. 56; Government's Memorandum in Support of Plea as to Forfeiture, ECF No. 58; Change of Plea, ECF No. 64; Preliminary Order of Forfeiture, ECF No. 65.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 18, 2020, through February 16, 2020, notifying all potential

1  third parties of their right to petition the Court. Notice of Filing Proof of Publication,
2  Exhibits, ECF No. 66-1, p. 5.
3       This Court finds no petition was filed herein by or on behalf of any person or entity
4  and the time for filing such petitions and claims has expired.
5       This Court finds no petitions are pending with regard to the property named herein
6  and the time for presenting such petitions has expired.
7       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
8  all possessory rights, ownership rights, and all rights, titles, and interests in the property
9  hereinafter described are condemned, forfeited, and vested in the United States pursuant to
10 Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
11 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to
12 law: iPhone 7 Plus cellular phone, serial number F2LSX1NWHFY1 (property).
13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all
14 forfeited funds, including but not limited to, currency, currency equivalents, certificates of
15 deposit, as well as any income derived as a result of the government's management of any
16 property forfeited herein, and the proceeds from the sale of any forfeited property shall be
17 disposed of according to law.
18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
19 copies of this Order to all counsel of record.
20      DATED _____ Oct. 7_____, 2020.

                                          _____
                                          HONORABLE JAMES C. MAHAN
                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 18, 2020,

                                    /s/ Heidi L. Skillin
                                    HEIDI L. SKILLIN
                                    FSA Contractor Paralegal