Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-00303-JCM-EJY |
| Plaintiff, | **Stipulation to Modify Bond (ECF No. 12)** |
| v. | |
| Dustin Randall, | |
| Defendant. | |

One of the conditions of Dustin Randall's bond is home detention subject to limited exceptions.[1]  Section 3142(c)(3) of Title 18 of the United States Code gives courts the authority to amend or impose additional or different conditions of release at any time after consideration of the release factors under 18 U.S.C. § 3142(g).  Randall requests that his bond be modified as requested below.  Neither the government nor Pretrial Services opposes this request.

Randall is permitted to take a family trip to visit his grandfather in Tucson, Arizona, for up to seven days.  The final dates of the trip and Randall's itinerary while in Tucson must be preapproved by Pretrial Services and will be provided to PTS at least two days in advance.  Once the trip dates are set,

_____

[1] ECF Nos. 12, 50.

defense counsel will provide those dates to the government and will also notify the government when Randall leaves and returns to Las Vegas.  All current conditions of Randall's bond will otherwise remain in effect, and the defense will not file any additional motions until Randall self surrenders on January 8, 2021.

DATED: November 17, 2020

Rene L. Valladares
Federal Public Defender

Nicholas A. Trutanich
United States Attorney


By _/s/ Erin Gettel /s/_

Erin Gettel
Assistant Federal Public Defender

By _/s/ Bianca Pucci /s/_

Bianca Pucci
Assistant United States Attorney

2

1
2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3
4
5

United States of America,

Case No. 2:18-cr-00303-JCM-EJY

6

      Plaintiff,

**Stipulation to Modify Bond**

7

   v.

8

Dustin Randall,

9

      Defendant.

10
11

      Based on the pending stipulation of counsel, and good cause appearing

12

therefore, IT IS HEREBY ORDERED that Dustin Randall's bond is modified as

13

follows:

14

      Randall is permitted to take a family trip to visit his grandfather in

15

Tucson, Arizona, for up to seven days.  The final dates of the trip and Randall's

16

itinerary while in Tucson must be preapproved by Pretrial Services and will be

17

provided to PTS at least two days in advance.  Once the trip dates are set,

18

defense counsel will provide those dates to the government and will also notify

19

the government when Randall leaves and returns to Las Vegas.  All current

20

conditions of Randall's bond will otherwise remain in effect.

21

      DATED: November 30, 2020.

22
23

                          James C. Mahan

24

                          United States District Judge

25
26

3